UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E.I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION,

Civil Action 2:13-MD-2433
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

This document relates to: <u>ALL CASES</u>.

## ORDER

This matter came before the Court for an in-person status conference on May 21, 2013. This Order memorializes the results of the conference as follows:

The Court conferred with counsel regarding the parties' proposed case management order relating to the leadership appointments of Plaintiffs' counsel. After making the discussed revisions, the Court will separately issue a Case Management Order.

The Court also discussed the administrative handling of newly filed cases. At this juncture, the Court declines to permit direct filing. Consistent with this Court's April 18, 2013 Order (ECF No. 8), Plaintiffs' Liaison Counsel is **DIRECTED** to file a notice alerting the Court of any additional tag-along cases filed in this district, as well as any additional cases filed in other districts that the United States Judicial Panel on Multidistrict may transfer pursuant to 28 U.S.C. § 1407.

The Court scheduled two status conferences. The first is a telephonic status conference scheduled on **JULY 1, 2013, at 10:00 a.m.** The parties are **DIRECTED** to email a list of

participants and their email addresses to the Court at Sargus_Chambers@ohsd.uscourts.gov. The Court will issue via email the conference call-in information. As set forth in the Court's April 12, 2013 Order (ECF No. 2), the parties must confer prior to the status conference and file with the Court, no later than two business days prior to the conference, an agenda of issues to be addressed. The agenda for the July 1, 2013 conference shall include, but is not limited to, a discussion of future pleadings, including the propriety of a master complaint and master answer and development of plaintiff facts sheets; entry of confidentiality/protective orders; and whether Defendant will reproduce documents previously produced in *Leach v. E.I. Du Pont de Nemours & Co.*, No. 01-C-608 (W. Va. Cir. Ct.), unless the parties have reached an agreement on this issue.

The second conference is an in-person status conference taking place on **JULY 29, 2013, at 1:00 p.m.** in **Room 301** of the United States District Court, Joseph P. Kinneary United States Courthouse, 85 Marconi Boulevard, Columbus, Ohio 43214. The agenda for the July 1, 2013 conference shall include, but is not limited to, the establishment of a scheduling order.

**IT IS SO ORDERED.**

5-23-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE