IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: E. I. DU PONT DE
NEMOURS AND COMPANY C-8
PERSONAL INJURY LITIGATION

CASE NO. 2:13-MD-2433

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE ELIZABETH P. DEAVERS

This document related to: *Joanna Lynn Lowers v. E. I. du Pont de Nemours and Company, Case No. 6:13-cv-2225 (S.D. W.Va.)*

## ORDER DISMISSING PLAINTIFF JOANNA LYNN LOWERS' COMPLAINT WITHOUT PREJUDICE

On prior unopposed motion, Plaintiff Joanna Lynn Lowers, by counsel, requested leave to dismiss her Complaint and Civil Action 6:13-cv-2225 (S.D. W.Va.) without prejudice. The said motion, being unopposed, is hereby **GRANTED**. The Clerk is directed to notify counsel of record accordingly.

11-15-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE