IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: E. I. DU PONT DE NEMOURS AND COMPANY C-8 PERSONAL INJURY LITIGATION | MDL Docket No. 2433 |
| This Document Relates to:<br><br>JOHN BORMAN,<br><br>    *Plaintiff*,<br><br>v.<br><br>E. I. du Pont de Nemours and Company,<br><br>    *Defendant*. | Case No.: 2:2012-cv-01180 |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Plaintiff, John Borman ("Plaintiff") filed an *Unopposed Motion for Dismissal Without Prejudice* on November 14, 2013. In said filing, Plaintiff asserts a desire to voluntarily dismiss this action without prejudice. Defendant has agreed not to oppose dismissal without prejudice.

Premises considered, IT IS SO ORDERED that *Plaintiff's Unopposed Motion for Dismissal Without Prejudice* is **GRANTED**.

                                                  11-15-2013

Edmund A. Sargus, Jr., Presiding Judge
Magistrate Judge Elizabeth A. Preston Deavers

01669079-1